UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

THE CINCINNATI INDEMNITY
COMPANY,

      Plaintiff,

v.                                                                              Case No.:  2:26-cv-544-SPC-DNF

OMG REALTY, LLC; JENNIFER
COUTURE; RALPH GARRMONE,
M.D. FACS; and DANESH
NOSHIRVAN,

      Defendants.

_____

**<u>ORDER</u>**

Before the Court is Plaintiff The Cincinnati Indemnity Company's Complaint. (Doc. 1). As outlined below, the Court dismisses without prejudice Plaintiff's complaint for lack of subject-matter jurisdiction.

Federal courts are courts of limited jurisdiction and have "an independent obligation to determine whether subject-matter jurisdiction exists, even in the absence of a challenge from any party." *Arbaugh v. Y.H. Corp.*, 546 U.S. 500, 514 (2006) (citing *Ruhrgas AG v. Marathon Oil Co.,* 526 U.S. 574, 583 (1999)). Plaintiff seeks to bring this action based on the Court's diversity jurisdiction under 28 U.S.C. § 1332(a). (Doc. 1 ¶ 2). "In a diversity action, the Court must ensure that the plaintiff alleges that the amount in

controversy exceeds $75,000 and that the citizenship of the parties is completely diverse." *Kunce v. SPM of Alabama, LLC*, No. 6:25-CV-533-PGB-RMN, 2025 WL 974674, at *1 (M.D. Fla. Apr. 1, 2025). Here, diversity of citizenship is unclear.

Defendant OMG Realty, LLC is a limited liability company. As such, it is a citizen of every state in which one of its members is domiciled. *See Rolling Greens MHP, L.P. v. Comcast SCH Holdings L.L.C.*, 374 F.3d 1020 (11th Cir. 2004). Plaintiff must be diverse from each of OMG Realty's members for federal diversity jurisdiction to exist. *Flintlock Constr. Servs., LLC v. Well-Come Holdings, LLC*, 710 F.3d 1221, 1224-25 (11th Cir. 2013). When dealing with a limited liability company, it is necessary to "drill down into the 'ownership flow chart'" to determine citizenship. *CityPlace Retail, LLC v. Wells Fargo Bank, N.A.*, No. 20-11748, 2021 WL 3486168, at *3 (11th Cir. July 15, 2021). This is the case no matter how many layers are involved. *Purchasing Power, LLC v. Bluestem Brands, LLC,* 851 F.3d 1218, 1220 (11th Cir. 2017) ("[I]t is common for an LLC to be a member of another LLC. Consequently, citizenship of LLCs often ends up looking like a factor tree that exponentially expands every time a member turns out to be another LLC, thereby restarting the process of identifying the members of that LLC.").

Plaintiff alleges that OMG Realty has two members: Ralph Garrmone and Wraith, LLC. (Doc. 1 ¶ 6). Because one of OMG Realty's members is

another LLC—Wraith, LLC—Plaintiff must identify the members of Wraith and their citizenship. *See Purchasing Power*, 851 F.3d at 1220. It failed to do so. Until it does, it is unclear whether the parties are diverse, and the Court's jurisdiction is uncertain.

Accordingly, it is now

**ORDERED:**

1. Plaintiff's complaint (Doc. 1) is **DISMISSED without prejudice** for lack of subject-matter jurisdiction.

2. Plaintiff may file an amended complaint on or before **March 16, 2026**. **Failure to do so will cause the Court to dismiss this case without prejudice without further notice**.

**DONE** and **ORDERED** in Fort Myers, Florida on March 2, 2026.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record

3